1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ETREPPID TECHNOLOGIES, L.L.C., a Nevada Limited Liability Company<br><br>        Plaintiff,<br><br>    vs.<br><br>DENNIS MONTGOMERY, THE MONTGOMERY FAMILY TRUST, DENNIS MONTGOMERY and BRENDA MONTGOMERY as Trustees of The MONTGOMERY FAMILY TRUST; and DOES 1 through 20,<br><br>        Defendants. | MISC. CAUSE NO.:  MS 192M<br><br>No.: 3:06CV00145-BES-VPC<br>United States District Court for The District of Nevada<br><br>NOTICE OF MOTION RE-NOTED<br><br>NOTE ON MOTION CALENDAR: DECEMBER 22, 2006 |
| DENNIS MONTGOMERY; MONTGOMERY FAMILY TRUST,<br><br>    Counterclaimants and Third-Party Plaintiffs,<br><br>    vs.<br><br>ETREPPID TECHNOLOGIES, L.L.C.; a California Corporation, WARREN TREPP; DEPARTMENT OF DEFENSE of the UNITED STATES OF AMERICA; and DOES 1-10,<br><br>  Counterdefendants and Third-Party Defendants | |

(PROPOSED) ORDER GRANDTING MOTION BY ETREPPID TECHNOLOGIES, LLC TO COMPEL PRODUCTION OF DOCUMENTS BY MICHAEL SANDOVAL AND BY AZIMYTH **- 1**

O'BRIEN BARTON WIECK & JOE, PLLP
175 N.E. Gilman Boulevard
Issaquah, Washington 98027
425-391-7427 / Fax 425-391-7489

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that by agreement of the parties, eTreppid Technologies, LLC's Motion to Compel Production of Documents by Michael Sandoval and by Azimyth, which was originally noted for December 15, 2006, has been re-noted for December 22, 2006.

RESPECTFULLY SUBMITTED this ___ day of December, 2006.

O'BRIEN BARTON WIECK & JOE, PLLP


      /S/ Jay R. Rodne
Jay R. Rodne, WSBA #27719
175 N.E. Gilman Boulevard
Issaquah, WA 98027
Telephone:  (425) 391-7427
Facsimile:  (425) 391-7489
Email:  jayrodne@obrienlawfirm.net


HALE LANE PEEK DENNISON AND HOWARD

J. Stephen Peek, Esq., Nevada Bar Number 1758
Jerry M. Snyder, Esq., Nevada Bar Number 6830
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179


PILLSBURY WINTHROP SHAW PITTMAN, LLP

David A. Jakopin, Esq.  (CA Bar No. 209950)
Jonathan D. Butler, Esq.  (CA Bar No. 229638)
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Attorneys for Defendants eTreppid Technologies, L.L.C. and Warren Trepp*

(PROPOSED) ORDER GRANDTING MOTION BY ETREPPID TECHNOLOGIES, LLC TO COMPEL PRODUCTION OF DOCUMENTS BY MICHAEL SANDOVAL AND BY AZIMYTH **- 2**

O'BRIEN BARTON WIECK & JOE, PLLP
175 N.E. Gilman Boulevard
Issaquah, Washington 98027
425-391-7427 / Fax 425-391-7489

# CERTIFICATE OF SERVICE

I, Jay R. Rodne, declare:

I am employed in the City of Issaquah, County of King, State of Washington, by the law offices of O'Brien, Barton, Wieck, & Joe, PLLP.  My business address is: 175 N.E. Gilman Boulevard, Issaquah, Washington 98027.  I am over the age of 18 years and not a party to this action

On December 8, 2006, I caused the foregoing **NOTICE OF MOTION RE-NOTED** to be:

__X____   mailed a true copy thereof to the following person(s) at the address(es) listed below by placing the documents in O'Brien, Barton, Wieck, & Joe, PLLP's outgoing mail with the United States Postal Service to the following:

___X___   e-filed the foregoing documents with the U.S. District Court for the Western District of Washington at Seattle.

| | |
|---|---|
| Ronald J. Logar, Esq.<br>Eric A. Pulver, Esq.<br>The Law Offices of Logar & Pulver<br>225 S. Arlington Avenue, Suite A<br>Reno, NV 89501<br><br>Fax No.:  (775) 786-5044<br><br>Email:  Lezlie@renofamilylaw.com | Michael J. Flynn, Esq.<br>Philip H. Stillman, Esq.<br>Flynn & Stillman<br>224 Bermingham Dr., Ste. 1A4<br>Cardiff, CA  92007<br><br>Fax No.:  (888) 235-4279<br><br>Email:  pstillman@flynnstillman.com |
| Carlotta P. Wells<br>Senior Trial Counsel, Federal Programs Branch<br>Civil Division – Room 7150<br>U.S. Department of Justice<br>20 Massachusetts Ave., NW<br>P.O. Box 883<br>Washington, DC  20044<br><br>Fax No.:  (202) 616-8470<br><br>Email:  Carlotta.wells@usdoj.gov | Medora A. Marisseau, WSBA #23114<br>Brian K. Keeley, WSBA #32121<br>Bullivant Houser Bailey PC<br>1601 Fifth Avenue, Suite 2300<br>Seattle, WA 98101-1618<br><br>Fax No.:  206-386-5130 |

---

(PROPOSED) ORDER GRANDTING MOTION BY ETREPPID TECHNOLOGIES, LLC TO COMPEL PRODUCTION OF DOCUMENTS BY MICHAEL SANDOVAL AND BY AZIMYTH **- 3**

O'BRIEN BARTON WIECK & JOE, PLLP
175 N.E. Gilman Boulevard
Issaquah, Washington 98027
425-391-7427 / Fax 425-391-7489

1  William J. Goines
   Cindy Hamilton
2  Alisha M. Louie
   Greenberg Traurig, LLP
3  1900 University Avenue, 5th Floor
   East Palo Alto, CA 94303
4  Fax No.: 650.328.8508

5
         I declare under penalty of perjury under the laws of the United States of America that
6
   the foregoing is true and correct, and that this declaration was executed on December 8, 2006.
7

8

9                                                       Jay R. Rodne

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANDTING MOTION BY ETREPPID TECHNOLOGIES, LLC TO COMPEL PRODUCTION OF DOCUMENTS BY MICHAEL SANDOVAL AND BY AZIMYTH **- 4**

O'BRIEN BARTON WIECK & JOE, PLLP
175 N.E. Gilman Boulevard
Issaquah, Washington 98027
425-391-7427 / Fax 425-391-7489